# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Leroy Ramos, | Civil No. 09-2414 (RHK/JJK) |
| Plaintiff, | **ORDER OF PARTIAL DISMISSAL WITH PREJUDICE** |
| vs. | |
| Allina Health Systems, d/b/a Allina Medical Transportation, d/b/a Allina Hospitals & Clinics, Mark Dascalos, individually and in his capacity as employee of Allina Medical Transportation and/or Allina Hospitals & Clinics, | |
| Defendants. | |

Pursuant to the parties' Stipulation of Partial Dismissal With Prejudice (Doc. No. 11), **IT IS ORDERED** that Plaintiff's Minnesota Human Rights Act (Count I) and Age Discrimination in Employment Act (Count II) claims against Defendant Dascalos are **DISMISSED WITH PREJUDICE,** without costs or attorney's fees to any party.

Dated: November 2, 2009

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge